## HARRINGTON *v.* KNOWLES.

CONTRACTS—RESCISSION—EVIDENCE—SUFFICIENCY.

   On a bill to rescind a contract for the sale of a mill on the ground of fraud, evidence examined, and *held,* sufficient to support a decree for complainant.

. Appeal from Jackson; Peck, J. Submitted June 20, 1906.  (Docket No. 1.) . Decided November 13, 1906.

Bill by Frederick C. Harrington and another against Alvin E. Knowles to rescind a contract on the ground of

fraud. From a decree for complainants, defendant appeals. Affirmed.

*Wilson & Cobb*, for complainants.

*Richard Price*, for defendant.

CARPENTER, C. J. Defendant sold complainants a mill. Complainants bring this suit in chancery to rescind the contract of sale on the ground that it was procured by the fraudulent representations of defendant. The issue is one of fact. Its determination depends upon the credit to be given to opposing witnesses. The trial court credited the testimony of complainants' witnesses, and gave them a decree. We think that his decision was correct. A detailed statement of our reasons for this conclusion would serve no useful purpose. The decree is affirmed.

MCALVAY, MONTGOMERY, OSTRANDER, and MOORE, JJ., concurred.